IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAYED ABUBAKER, JOSEPH CARDIFF, DANIEL W. CHO, and MAGDALYNE HILLARD, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>DOMINION DENTAL USA, INC., DOMINION DENTAL SERVICES USA, INC., DOMINION DENTAL SERVICES, INC., DOMINION NATIONAL INSURANCE COMPANY, DOMINION DENTAL SERVICES OF NEW JERSEY, INC, AVALON INSURANCE COMPANY, CAPITAL ADVANTAGE INSURANCE, and CAPITAL BLUECROSS,<br><br>        Defendants. | Case No. 1:19-01050-LMB-MSN ✓ |
| KIMBERLY HENSHAW, AMBER S. PARKER, and MATTHEW A. SLATE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>DOMINION DENTAL SERVICES USA, INC., DOMINION DENTAL SERVICES, INC., DOMINION DENTAL USA, INC., and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. 1:19-01063-LMB-MSN |

MARK BRADLEY,
individually and on behalf of all others
similarly situated,

                Plaintiff,                Case No. 1:19-01199-LMB-TCB

vs.

DOMINION DENTAL SERVICES USA,
INC.; DOMINION DENTAL SERVICES, INC.,
CAPITAL ADVANTAGE INSURANCE
COMPANY, CAPITAL BLUECROSS, and
PROVIDENCE HEALTH PLAN,

                Defendants.

## ORDER

Pursuant to Stipulation to Consolidate Actions and for Entry of Case Management Order No. 1, it is hereby ORDERED that Civil Action Nos. 19-01063 and 19-cv-01199 shall be consolidated with Civil Action No. 19-01050, with Civil Action No. 19-01050 LMB-MSN under the caption of *In re Dominion Dental Services USA, Inc. Data Breach Litigation*.

It is further hereby ORDERED that:

1) Responses to the current complaints in these actions are stayed;

2) The party plaintiffs in these actions shall file their applications for interim lead counsel pursuant to Fed. R. Civ. P. 23(g) within ten days (not to exceed 10 pages, excluding exhibits); responses thereto shall be filed seven days thereafter (not to exceed 5 pages, excluding exhibits);

3) A Consolidated Amended Complaint shall be filed within twenty-one days after appointment of interim lead counsel; and,

4) A response to the Consolidated Amended Complaint from defendants shall be filed within thirty days after the filing of the Consolidated Amended Complaint.

IT IS SO ORDERED.

DATED: October 3, 2019

                                                  /s/
                                    Leonie M. Brinkema
                                    United States District Judge