**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE DOMINION DENTAL SERVICES USA, INC. DATA BREACH LITIGATION | Action No. 1:19-cv-01050 (LMB-MSN) |

**MOTION TO DISMISS FIRST CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants Dominion Dental USA, Inc., Dominion Dental Services USA, Inc., Dominion Dental Services Inc., Dominion National Insurance Company, Dominion Dental Services of New Jersey, Inc., (collectively, Dominion National or the Dominion Dental defendants), and defendants Avalon Insurance Company, Capital Advantage Insurance Company, and Capital BlueCross (collectively, the Capital BlueCross defendants) respectfully move this Court to dismiss Plaintiffs' First Consolidated Class Action Complaint (D.E. 89) pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth more fully in the accompanying memorandum in support, incorporated by reference herein, as well as the Declarations of David A. Carney and Kara Greenhouse included with the memorandum. A proposed order is also included with this motion.

                                        Respectfully submitted,

Date: December 13, 2019            */s/ Katherine L. McKnight*
                                        Katherine L. McKnight (VA Bar #81482)
                                        BAKER & HOSTETLER, LLP
                                        Washington Square, Suite 1100
                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC 20036-5304
                                        Tel.: (202) 861-1500
                                        E-mail: kmcknight@bakerlaw.com

                                        Paul G. Karlsgodt (*pro hac vice*)
                                        1801 California Street, Suite 4400
                                        Denver, CO 80202-2662
                                        (303) 861-0600
                                        (303) 861-7805 (facsimile)
                                        pkarlsgodt@bakerlaw.com

                                        David A. Carney (*pro hac vice*)
                                        Key Tower, 127 Public Square, Suite 2000
                                        Cleveland, OH 44114-1214
                                        (216) 621-0200
                                        (216) 696-0740 (facsimile)
                                        dcarney@bakerlaw.com

                                        *Counsel for Defendants Avalon Insurance Company, Capital Advantage Insurance Company, Capital BlueCross, Dominion Dental Services of New Jersey, Inc., Dominion Dental Services USA, Inc., Dominion Dental Services, Inc., Dominion Dental USA, Inc., and Dominion National Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                                                                  */s/ Katherine L. McKnight*
                                                                                                  *Counsel to Defendants*